JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION, <br><br> Plaintiff(s), <br><br> v. <br><br> FARM EQUIPMENT CO, INC., et al., <br><br> Defendant(s). | CASE NO. CV11-01679-AHM (FFMx) <br><br> ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown before November 23, 2011, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: August 18, 2011

**JS-6**

_____
A. Howard Matz
United States District Court Judge